ORIGINAL

Approved:  _____
           ELIZABETH A. ESPINOSA
           Assistant United States Attorney

Before:    THE HONORABLE BARBARA C. MOSES
           United States Magistrate Judge     19MAG   6247
           Southern District of New York

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA              :       19 Mag._____
                                      :
        - v. -                        :       RULE 5(c)(3)
                                      :       AFFIDAVIT
JOSEPH BRANT,                         :
                                      :
                Defendant.            :
                                      :
- - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss:

        BRENDAN M. KEEGAN, being duly sworn, deposes and says
that he is a Deputy United States Marshal and charges as
follows:

        1.    On or about May 28, 2019, the United States
District Court for the Middle District of Pennsylvania issued a
warrant for the arrest (the "Arrest Warrant") of "Joseph Brant"
based on a petition from the Probation Office in the Middle
District of Pennsylvania, alleging that "Joseph Brant" violated
the terms of his supervised release.  A copy of the Arrest
Warrant and the petition are attached as Exhibit A hereto and
incorporated by reference herein.

        2.    I believe that JOSEPH BRANT, the defendant, who
was transferred into federal custody on July 3, 2019, in the
Southern District of New York, is the same person as the "Joseph
Brant" who is wanted by the United States District Court for the
Middle District of Pennsylvania.

        The bases for my knowledge and for the foregoing
charge are, in part, as follows:

        3.    I am a Deputy United States Marshal assigned to
the New York/New Jersey Fugitive Task Force.  I have been
personally involved in determining whether JOSEPH BRANT, the
defendant, is the same individual as the "Joseph Brant" named in

the Arrest Warrant.  Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned.  Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

4.    Based on my review of documents from the United States District Court for the Middle District of Pennsylvania, I know that, on or about May 28, 2019, the United States District Court for the Middle District of Pennsylvania issued the Arrest Warrant.  The Arrest Warrant was based on a petition from the Probation Office in the Middle District of Pennsylvania, alleging that "Joseph Brant" violated the terms of his supervised release.

5.    On July 3, 2019, at approximately 10:30 a.m., JOSEPH BRANT, the defendant, was transferred to federal custody. I asked BRANT to confirm his name and he stated that his name is "Joseph Brant."

6.    I reviewed a photograph of the "Joseph Brant" named and sought in the Arrest Warrant obtained from a law enforcement database.  Based on my personal observations, the photograph obtained from a law enforcement database appears to depict JOSEPH BRANT, the defendant.

[Intentionally Left Blank]

7.    Accordingly, I believe that the "Joseph Brant" sought in the Arrest Warrant is the defendant, JOSEPH BRANT.

WHEREFORE, I respectfully request that JOSEPH BRANT, the defendant, be imprisoned or bailed as the case may be.

BRENDAN M. KEEGAN
Deputy United States Marshal
United States Marshal Service

Sworn to before me this
3rd day of July, 2019.

THE HONORABLE BARBARA C. MOSES
United States Magistrate Judge
Southern District of New York

3

# EXHIBIT A

U.S. Department of Justice
United States Marshals Service



# DETAINER
## BASED ON VIOLATION OF PROBATION AND/OR SUPERVISED RELEASE

United States Marshal
Southern District of New York
*(District)*

500 Pearl Street, Suite 400
New York, NY 10007
212-331-7152
*(Return Address and Phone)*

*Please type or print neatly:*

TO: Sheriff / Warden / Inmate Records
NYDOC, Manhattan Detention Complex
125 White Street
New York, NY 10013

DATE: 13 June 2019

SUBJECT: BRANT, JOSEPH

AKA: William, David; Griffin, James; Grant, Joseph

DOB/SSN: 10/22/1966   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

REF. # NY04309122Z   ARREST #: M19626831

USMS #: 72612-067   FID#: 9796865

CR #: 15CR156

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the ___MIDDLE___ District of ___PENNSYLVANIA___ has issued an **arrest warrant** charging the subject with **violation of the conditions of probation and/or supervised release.**

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer, which is based on a **Federal probation/supervised release violation warrant.**

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at ___212-637-6131___ .
*FAX No.*

| RECEIPT | |
|---|---|
| Date: | |
| Signed: | |
| By: | |
| Title: | |

Very truly yours,

*Desiree West-Corbin*
*(Signature)*

Desiree West-Corbin, IRA
*(Name and Title)*

Requested by: Michael Greco, United States Marshal

Form USM-16D
Rev. 04/05

Case 3:15-cr-00156-JMM   Document 78 *SEALED*   Filed 05/28/19   Page 1 of 2

AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Middle__      District of      __Pennsylvania__

UNITED STATES OF AMERICA

      **V.**                          **WARRANT FOR ARREST**

    **JOSEPH BRANT**         Case Number:  **3:15-CR-156**

To: The United States Marshal
    and any Authorized United States Officer

          YOU ARE HEREBY COMMANDED to arrest  __Joseph Brant__

                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   **x** Violation       ☐ Probation Violation Petition

charging him or her     (brief description of offense)

        VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of      __Title 18__    United States Code, Section(s)          __3148(b)__

__JAMES M. MUNLEY__                __UNITED STATES DISTRICT JUDGE__
Name of Issuing Officer                      Title of Issuing Officer

                                   __MAY 28, 2019 at Scranton, Pennsylvania__
Signature of Issuing Officer                     Date and Location

Bail fixed at $ _____ by _____
                                                      Name of Judicial Officer

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Prob.12c-MDPA (1/2014)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
## PROBATION OFFICE

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Joseph Brant    **Docket Number:** 3:15-CR-156

**Name of Sentencing Judicial Officer:** James M. Munley
United States District Judge

**Date of Original Sentence:** June 2, 2016

**Original Offense(s):** 18 U.S.C. § 2250(a): Failure to Register as a Sex Offender, a Class C Felony

**Original Sentence:** 41 Months in Prison
60 Months Supervised Release
$100 Special Assessment ($75 balance)

On September 26, 2018, supervision was revoked and Joseph Brant was sentenced to 8 months imprisonment and a 5 year term of supervised release for violating the conditions of his supervised release.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** February 7, 2019    **Expected End Date:** February 6, 2024

**Maximum Sentence Upon Revocation:** 2 Years imprisonment and Life term of Supervised Release

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number:**    **Nature of Noncompliance:**

**Standard Condition #5**    You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

Prob.12c-MDPA (11/2014)

| | |
|---|---|
| **Standard Condition #6** | **You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.** |
| **Additional Condition #5** | **The defendant shall comply with the registration requirements of the sex offender registration agency in any state where he resides, is employed, carries on a vocation, or s a student, and shall comply with all other requirements of the Sex Offender Registration and Notification Act.** |

On February 7, 2019, Joseph Brant was released from the Bureau of Prisons and commenced supervision in the Southern District of New York. He reported that he resided at the Clarke Thomas Men's Shelter, New York, New York.

On February 19, 2019, the probation office attempted to make contact with Joseph Brant at the Clarke Thomas Men's Shelter. The probation officer was informed that the subject left earlier that date and has not returned.

On February 25, 2019, Joseph Brant reported to the probation office. He was questioned about not returning to the shelter on February 19, 2019, and admitted to leaving the shelter to locations unknown and was not forthcoming regarding his whereabouts. The subject was directed to return to the approved shelter upon leaving the probation office. Joseph Brant failed to return to the shelter on this date, but did return the following day, February 26, 2019.

On May 10, 2019, the probation office attempted to make contact with Joseph Brant at the Clarke Thomas Men's Shelter. The probation officer was advised that the subject left the shelter on April 29, 2019, and has not returned or left a forwarding address. The probation officer called the subject's cell phone and left a voice message.

On May 15, 2019, the probation office returned to the Clarke Thomas Men's Shelter to check if Joseph Brant had returned. The probation officer was advised that the subject failed to return to the shelter.

On May 16, 2019, the probation office made contact with the New York City Police Department's New York State Sex Offender Unit. Detectives with the New York State Sex Offender Unit confirmed that Joseph Brant still had the Clarke Thomas Men's Shelter as his registered address. Detectives also confirmed with staff at the shelter that the last date Joseph Brant was at the shelter was April 29, 2019. Detectives report there is an open investigation on Joseph Brant's failure to register as required with the state sex offender registration.

To date, Joseph Brant has failed to make contact with the probation office and the New York State Sex Offender Unit. His whereabouts are unknown.

Prob.12c-MDPA (11/2014)

**Additional Condition #1**      **You must participate in a sex offense specific treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.) which could include an evaluation and completion of any recommended treatment.**

On March 13, 2019, Joseph Brant attended his intake appointment at the Counseling and Psychology Center, Inc, Brooklyn, New York, and was recommended to attend weekly treatment sessions.

On May 21, 2019, the probation officer spoke with Joseph Brant's sex offender therapist and was informed that the subject failed to attend treatment sessions on May 9, 2019 and May 17, 2019. The last treatment session he attended was on April 25, 2019.

**United States Probation Officer Recommendation:**

☒ The term of supervision should be

    ☒ Revoked

    ☐ extended for ___ months, for a total term of ___ months.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

/S/ Karen A. Hunt May 21, 2019
Senior United States Probation Officer

---

**THE COURT ORDERS:**

☐ No action

☐ The issuance of a Warrant and that this Petition and Order be sealed until the Warrant is lodged as a detainer.

☒ The issuance of a Warrant and that the Warrant and this Petition and Order be sealed until the defendant's arrest.

☐ The issuance of a summons

☐ Other

James M. Munley
United States District Judge

5/28/19
Date

U.S. Department of Justice
United States Marshals Service



# DETAINER
## BASED ON VIOLATION OF PROBATION AND/OR SUPERVISED RELEASE

United States Marshal
Southern District of New York
*(District)*

500 Pearl Street, Suite 400
New York, NY 10007
212-331-7152
*(Return Address and Phone)*

*Please type or print neatly.*

TO: Sheriff / Warden / Inmate Records
NYDOC, Manhattan Detention Complex
125 White Street
New York, NY 10013

DATE: 13 June 2019

SUBJECT: BRANT, JOSEPH

AKA: William, David; Griffin, James;  Grant, Joseph

DOB/SSN: 10/22/1966    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

REF. # NY04309122Z    ARREST #: M19626831

USMS #: 72612-067   FID#: 9796865

CR #: 15CR156

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the _____MIDDLE_____ District of _____PENNSYLVANIA_____ has issued an **arrest warrant** charging the subject with **violation of the conditions of probation and/or supervised release**.

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer, which is based on a **Federal probation/supervised release violation warrant**.

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at _____212-637-6131_____ .
*FAX No.*

| RECEIPT |
|---|
| Date: |
| Signed: |
| By: |
| Title: |

Very truly yours,

*Desiree West-Corbin (Signature)*
*(Signature)*

Desiree West-Corbin,IRA
*(Name and Title)*

Requested by:  Michael Greco, United States Marshal

Form USM-16D
Rev. 04/05

Case 3:15-cr-00156-JMM   Document 78 *SEALED*   Filed 05/28/19   Page 1 of 2

AO 442   (Rev. 5/93)   Warrant for Arrest

# UNITED STATES DISTRICT COURT

**Middle** _____ District of _____ **Pennsylvania**

UNITED STATES OF AMERICA

### **WARRANT FOR ARREST**

**V.**

**JOSEPH BRANT**          Case Number:  **3:15-CR-156**

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **Joseph Brant** _____

<div align="right">Name</div>

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   **x** Violation          ☐ Probation Violation Petition

charging him or her      (brief description of offense)

### VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of       **Title 18** ____ United States Code, Section(s) _____ **3148(b)** _____

**JAMES M. MUNLEY** _____          **UNITED STATES DISTRICT JUDGE** _____
Name of Issuing Officer                                   Title of Issuing Officer

_[signature]_                                   **MAY 28, 2019 at Scranton, Pennsylvania**
Signature of Issuing Officer                                   Date and Location

Bail fixed at $ _____ by _____
<div align="right">Name of Judicial Officer</div>

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Prob.12c-MDPA (1/2014)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### PROBATION OFFICE

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Joseph Brant          **Docket Number:** 3:15-CR-156

**Name of Sentencing Judicial Officer:** James M. Munley
United States District Judge

**Date of Original Sentence:** June 2, 2016

**Original Offense(s):**   18 U.S.C. § 2250(a): Failure to Register as a Sex Offender, a Class C Felony

**Original Sentence:**   41 Months in Prison
60 Months Supervised Release
$100 Special Assessment ($75 balance)

On September 26, 2018, supervision was revoked and Joseph Brant was sentenced to 8 months imprisonment and a 5 year term of supervised release for violating the conditions of his supervised release.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** February 7, 2019          **Expected End Date:** February 6, 2024

**Maximum Sentence Upon Revocation:  2 Years Imprisonment and Life term of Supervised Release**

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number:**          **Nature of Noncompliance:**

**Standard Condition #5**          **You must live at a place approved by the probation officer.  If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change.  If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

Prob.12c-MDPA (11/2014)

| | |
|---|---|
| **Standard Condition #6** | **You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.** |
| **Additional Condition #5** | **The defendant shall comply with the registration requirements of the sex offender registration agency in any state where he resides, is employed, carries on a vocation, or is a student, and shall comply with all other requirements of the Sex Offender Registration and Notification Act.** |

On February 7, 2019, Joseph Brant was released from the Bureau of Prisons and commenced supervision in the Southern District of New York. He reported that he resided at the Clarke Thomas Men's Shelter, New York, New York.

On February 19, 2019, the probation office attempted to make contact with Joseph Brant at the Clarke Thomas Men's Shelter. The probation officer was informed that the subject left earlier that date and has not returned.

On February 25, 2019, Joseph Brant reported to the probation office. He was questioned about not returning to the shelter on February 19, 2019, and admitted to leaving the shelter to locations unknown and was not forthcoming regarding his whereabouts. The subject was directed to return to the approved shelter upon leaving the probation office. Joseph Brant failed to return to the shelter on this date, but did return the following day, February 26, 2019.

On May 10, 2019, the probation office attempted to make contact with Joseph Brant at the Clarke Thomas Men's Shelter. The probation officer was advised that the subject left the shelter on April 29, 2019, and has not returned or left a forwarding address. The probation officer called the subject's cell phone and left a voice message.

On May 15, 2019, the probation office returned to the Clarke Thomas Men's Shelter to check if Joseph Brant had returned. The probation officer was advised that the subject failed to return to the shelter.

On May 16, 2019, the probation office made contact with the New York City Police Department's New York State Sex Offender Unit. Detectives with the New York State Sex Offender Unit confirmed that Joseph Brant still had the Clarke Thomas Men's Shelter as his registered address. Detectives also confirmed with staff at the shelter that the last date Joseph Brant was at the shelter was April 29, 2019. Detectives report there is an open investigation on Joseph Brant's failure to register as required with the state sex offender registration.

To date, Joseph Brant has failed to make contact with the probation office and the New York State Sex Offender Unit. His whereabouts are unknown.

Prob.12c-MDPA (11/2014)
**Additional Condition #1**      **You must participate in a sex offense specific treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.) which could include an evaluation and completion of any recommended treatment.**

On March 13, 2019, Joseph Brant attended his intake appointment at the Counseling and Psychology Center, Inc, Brooklyn, New York, and was recommended to attend weekly treatment sessions.

On May 21, 2019, the probation officer spoke with Joseph Brant's sex offender therapist and was informed that the subject failed to attend treatment sessions on May 9, 2019 and May 17, 2019. The last treatment session he attended was on April 25, 2019.

**United States Probation Officer Recommendation:**

☒ The term of supervision should be
    ☒ Revoked
    ☐ extended for ___ months, for a total term of ___ months.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

/S/ Karen A. Hunt May 21, 2019
Senior United States Probation Officer

---

**THE COURT ORDERS:**

☐ No action
☐ The issuance of a Warrant and that this Petition and Order be sealed until the Warrant is lodged as a detainer.
☒ The issuance of a Warrant and that the Warrant and this Petition and Order be sealed until the defendant's arrest.
☐ The issuance of a summons
☐ Other

James M. Munley
United States District Judge

5/28/19
Date